**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

| | |
|---|---|
| PLECTRUM LLC, | CIVIL ACTION NO. 4:17-CV-77 |
| Plaintiff, | |
| v. | **JURY TRIAL DEMANDED** |
| BROCADE COMMUNICATIONS SYSTEMS, INC., | |
| Defendant. | |

**JOINT MOTION TO STAY ALL DEADLINES AND NOTICE OF SETTLEMENT AS TO BROCADE**

Plaintiff Plectrum LLC ("Plectrum") and Defendant Brocade Communications Systems, Inc. ("Brocade") hereby submit this Joint Motion To Stay All Deadlines and Notice of Settlement and show:

(1) Plectrum has entered into an agreement that will result in a release and license being granted to Brocade that will resolve this action.

(2) Accordingly, Plectrum and Brocade submit that the Court's resources would best be served by a temporary stay of all unreached deadlines for a period of thirty (30) days so that the announced settlement in principle may be completed and appropriate dismissal papers thereafter filed with the Court.

WHEREFORE, Plectrum and Brocade request the Court grant this Joint Motion To Stay All Deadlines and Notice of Settlement and enter an Order granting a temporary stay of all upcoming deadlines as to the Brocade litigation for a period of thirty (30) days.

Dated: June 8, 2017                    Respectfully submitted,

_/s/ Zachariah S. Harrington_
Zachariah S. Harrington
Texas Bar No. 24057886
zac@ahtlawfirm.com
Matthew J. Antonelli
Texas Bar No. 24068432
matt@ahtlawfirm.com
Larry D. Thompson, Jr.
Texas Bar No. 24051428
larry@ahtlawfirm.com
Michael D. Ellis
Texas Bar No. 24081586
michael@ahtlawfirm.com
ANTONELLI, HARRINGTON &
THOMPSON LLP
4306 Yoakum Blvd., Ste. 450
Houston, TX 77006
(713) 581-3000

Stafford Davis
State Bar No. 24054605
sdavis@stafforddavisfirm.com
THE STAFFORD DAVIS FIRM
The People's Petroleum Building
102 North College Avenue, 13th Floor
Tyler, Texas 75702
(903) 593-7000
(903) 705-7369 fax

_Attorneys for Plectrum LLC_

By: _/s/ Clyde M. Siebman_
Clyde M. Siebman
Texas Bar No. 18341600
SIEBMAN, BURG, PHILLIPS & SMITH, LLP
Federal Courthouse Square
300 North Travis Street
Sherman, Texas 75090 903.870.0070
clydesiebman@siebman.com

KILPATRICK TOWNSEND & STOCKTON LLP
David E. Sipiora
Edward T. Mayle

*Motion for Pro Hac Vice Pending*
1400 Wewatta Street, Suite 600
Denver, CO 80202
303.571.4000
dsipiora@kilpatricktownsend.com
tmayle@kilpatricktownsend.com

*Counsel for Brocade Communications Systems, Inc.*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) this 8th day of June, 2017.

*/s/ Zachariah S. Harrington*
Zachariah S. Harrington

## CERTIFICATE OF CONFERENCE

The undersigned hereby certifies that counsel for Plectrum and counsel for Brocade conferred and all parties agree to filing this as a joint motion.

*/s/ Zachariah S. Harrington*
Zachariah S. Harrington