# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | |
|---|---|
| PLECTRUM LLC,<br><br>Plaintiff,<br><br>v.<br><br>BROCADE COMMUNICATIONS SYSTEMS, INC.,<br><br>Defendant. | CIVIL ACTION NO. 4:17-CV-77<br><br>**JURY TRIAL DEMANDED** |

## ORDER OF DISMISSAL WITH PREJUDICE

The Court has before it Plaintiff's notice of dismissal of defendant Brocade Communications Systems, Inc. ("Brocade") with prejudice. The motion is hereby GRANTED.

IT IS ORDERED that Brocade is dismissed from this action with prejudice. IT IS FURTHER ORDERED that all attorneys' fees, costs of court and expenses shall be borne by each party incurring the same.

All relief not previously granted is hereby denied.

The Clerk is directed to close this civil action.

**IT IS SO ORDERED.**

 **SIGNED this 24th day of June, 2017.**

*[Signature: Amos Mazzant]*
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE